# Court of Appeals
# of the State of Georgia

ATLANTA,  June 22, 2023

*The Court of Appeals hereby passes the following order:*

## A23A1564. CALVIN F. TATE v. THE STATE OF GEORGIA.

Calvin Tate filed in superior court a petition under OCGA § 42-1-19 seeking release from the sex offender registration requirements. The court denied the petition, and Tate filed this direct appeal. We lack jurisdiction.

Under OCGA § 5-6-35 (a) (5.2), an application for discretionary appeal is required to appeal a superior court's order granting or denying a petition for release pursuant to OCGA § 42-1-19. "Compliance with the discretionary appeals procedure is jurisdictional." *Smoak v. Dept. of Human Resources*, 221 Ga. App. 257, 257 (471 SE2d 60) (1996). Because Tate failed to follow the appropriate procedure, this appeal is hereby DISMISSED.



Court of Appeals of the State of Georgia
Clerk's Office, Atlanta,  06/22/2023

I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.

Witness my signature and the seal of said court hereto affixed the day and year last above written.

_____ , Clerk.